UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARTEZ S. WILSON, )<br>   a/k/a "Scooter," )<br>   a/k/a "Tez," )<br>JEFFREY L. SCALES, )<br>   a/k/a "Blue," )<br>   a/k/a "Dreads," )<br>DONALD W. MCCRAINEY, )<br>   a/k/a "D," )<br>SHELTON M. MCCRAINEY, )<br>   a/k/a "Shells," )<br>LAUREN S. MANNS, )<br>KEYASIA F. DAVIS, )<br>   a/k/a "Key," )<br>SHARDE R. SIMMON, )<br>   a/k/a "Moody," )<br>MICHELE C. MAXWELL, )<br>SAMUEL B. HARRIS, )<br>   a/k/a "Snoop," )<br>   a/k/a "Tip," and )<br>DESHAWN A. HEADE ) | No. 3:22-CR-20<br><br>JUDGES JORDAN / MCCOOK |

## ORDER

Upon motion of the United States and for good cause shown it is hereby ORDERED that the indictment in case number 3:22-CR-20 be unsealed as to the above captioned defendants.

ENTER:

*/s/ Jill E. McCook*
JILL E. MCCOOK
United States Magistrate Judge